The People of the State of New York, Respondent, v. John Cushing, Appellant.— Motion to prosecute appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Benjamin De Meo, Respondent, against Nola Construction Company and The Massachusetts Bonding & Insurance Company, Appellants. State Industrial Board, Respondent.— Motion for an order striking from the notice of appeal the name of the employer, Nola Construction Company, as an appellant. Motion granted, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York ex rel. Herbert Gilmore, Appellant, v. Joseph H. Wilson, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Application to prosecute appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York ex rel. James Harrington, Appellant, v. Walter B. Martin, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Cecelia Kasprynski, Appellant, against City of New York, Respondent. State Industrial Board, Respondent.— Motion to prosecute appeal as a poor person on typewritten record granted, with ten dollars costs, and this court hereby assigns Ernest Tischler to act as appellant's attorney and counsel without compensation except such as the court may allow pursuant to section 196 of the Civil Practice Act. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of John Kertesz, Appellant, against Utah Construction Co. and State Insurance Fund, Respondents. State Industrial Board, Respondent.— Motion to prosecute appeal as a poor person on typewritten record granted and this court hereby assigns Jerome I. Ziegler to act as appellant's attorney and counsel without compensation except such as the court may allow pursuant to section 196 of the Civil Practice Act. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Joe La Felice, Appellant, against Stone & Wilkie and State Insurance Fund, Respondents. State Industrial Board, Respondent.— Application for leave to prosecute appeal as a poor person on a typewritten record granted, without costs. It now appears on this application that a question of law may be presented. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of Albert Leighton, Appellant, against City of New York, Respondent. State Industrial Board, Respondent.— Motion for leave to appeal as a poor person on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Robert Leonhardt, Individually and as Guardian ad Litem of George Robert Leonhardt, Claimant, v. The State of New York, Respondent.— Motion to prosecute appeal as a poor person on typewritten record granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.